UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5069
(C.A. No. 20-0681)

FLETA CHRISTINA C. SABRA,            Appellant,

v.

UNITED STATES CUSTOMS
AND BORDER PROTECTION,           Appellee.

## APPELLEE'S CONSENT MOTION TO EXTEND TIME TO FILE REPLY IN FURTHER SUPPORT OF SUMMARY AFFIRMANCE

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 27(h), Appellee United States Customs and Border Protection, by and through undersigned counsel, respectfully moves for a twenty-two-day extension of the deadline to file a reply in further support of its motion for summary affirmance, up to and including August 23, 2023. The current deadline is August 1, 2023. This is Appellee's first request to extend this deadline. Undersigned counsel has conferred with counsel for Appellant, who has graciously consented to this motion.

Good cause exists for granting this extension. In light of significant other litigation responsibilities of undersigned counsel in a full docket of active cases both immediately and extending into the next several weeks, undersigned counsel requires additional time to draft Appellee's reply and confer with agency personnel. In addition,

the undersigned seeks additional time for the reply in light of the need for internal review by her office's appellate counsel and their upcoming leave extending into the second week of August. Neither party will be prejudiced by this extension, and granting this motion will not unduly delay the Court's ability to resolve this appeal.

For the foregoing reasons, Appellee respectfully requests that the Court grant this motion and extend the deadline for Appellee's reply to August 23, 2023.

Dated: July 26, 2023

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
JANE M. LYONS
Assistant United States Attorneys

/s/ *Christina O'Tousa*
CHRISTINA O'TOUSA
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2437
christina.o'tousa@usdoj.gov

*Attorneys for Appellee*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2023, the Consent Motion to Extend Time to File Reply in Further Support of Summary Affirmance was served on Appellant's counsel through the Court's ECF system.

*/s/ Christina O'Tousa*
CHRISTINA O'TOUSA
Assistant United States Attorney

# **CERTIFICATE OF COMPLIANCE**
## (Circuit Rule 27)

I HEREBY CERTIFY that the foregoing Consent Motion to Extend Time to File Reply in Further Support of Summary Affirmance was prepared using a 14-point Times New Roman font and contains 212 words as counted by counsel's word processing software (Microsoft Word 2016).

*/s/ Christina O'Tousa*
CHRISTINA O'TOUSA
Assistant United States Attorney