UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5069
(Civ. A. No. 20-0681)

FLETA CHRISTINA C. SABRA,                              Appellant,

v.

UNITED STATES CUSTOMS
AND BORDER PROTECTION,                         Appellee.

## UNOPPOSED MOTION TO EXTEND TIME
## FOR FILING BRIEF FOR APPELLEE

Appellee United States Customs and Border Protection, by and through undersigned counsel, respectfully moves to extend the deadline for Appellee to file its brief in this Freedom of Information Act matter by 31 days. Pursuant to the Court's December 28, 2023, Order, the current deadline is February 23, 2024. With the extension requested, the new deadline would be Monday, March 25, 2024. Undersigned counsel has conferred with counsel for Appellant, who has graciously not opposed this motion.

Good cause exists for granting this extension of time. The extension is requested due to unsuccessful efforts by the parties to resolve this matter without briefing and undersigned counsel for Appellee's significant deadlines in her cases. Since Appellee's last motion for extension, counsel for the parties made good faith efforts to

determine whether this appeal could be resolved without the need for briefing. It now appears, however, that briefing will likely be required to resolve the dispute. In addition, undersigned counsel for Appellee has had compressed deadlines for numerous briefs and other case obligations, in light of a trial scheduled for mid-March 2024 and due to unforeseen rescheduling of deadlines in her cases to meet trial and other obligations. As a result, undersigned counsel needs to request an additional period of time in which to prepare the brief for Appellee. A reasonable amount of time is also needed to allow for appropriate agency and internal Department of Justice review. Accordingly, Appellee requests this extension of time to assist the undersigned counsel in preparing a brief that will be helpful to the Court's resolution of the issues while balancing exceptionally demanding case obligations in the coming months.

This motion is being filed in good faith and not for purposes of undue delay. This is the second extension Appellee has sought for its brief in this case, which has not yet been scheduled for oral argument. Appellant will not be unfairly prejudiced by the extension being requested, and the Court should benefit from a sharper presentation of the issues.

*   *   *

Accordingly, Appellee respectfully requests that the deadline for Appellee's brief be extended to March 25, 2024, and that subsequent remaining deadlines receive similar extensions of thirty days (Appellant's Reply to April 15, 2024; Deferred Appendix to April 22, 2024; and Final Briefs to May 6, 2024).

Dated: February 16, 2024

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
JANE M. LYONS
Assistant United States Attorneys

/s/ *Christina O'Tousa*
CHRISTINA O'TOUSA
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2437
christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2024, the foregoing Unopposed Motion to Extend Time for Filing Brief for Appellee has been served on Appellant's counsel through the Court's ECF system.

                                        */s/ Christina O'Tousa*
                                        CHRISTINA O'TOUSA
                                        Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE
### (Circuit Rule 27)

I HEREBY CERTIFY that the foregoing motion is prepared using 14-point Times New Roman font and contains 563 words as counted by counsel's word processing software, Microsoft Word 365.

                                        */s/ Christina O'Tousa*
                                        CHRISTINA O'TOUSA
                                        Assistant United States Attorney