# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 23-5069**                      **September Term, 2023**

1:20-cv-00681-CKK

Filed On: February 21, 2024 [2041646]

Fleta Christina C. Sabra,

      Appellant

   v.

United States Customs and Border Protection,

      Appellee

## O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | March 25, 2024 |
| Appellant's Reply Brief | April 15, 2024 |
| Deferred Appendix | April 22, 2024 |
| Final Briefs | May 6, 2024 |

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                             BY:     /s/
                                            Michael C. McGrail
                                            Deputy Clerk